**BAKER BOTTS L.L.P.**
Stuart C. Plunkett (CA State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Ariel D. House (CA State Bar No. 280477)
ariel.house@bakerbotts.com
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Van H. Beckwith (admitted *pro hac vice*)
van.beckwith@bakerbotts.com
Monica R. Hughes (*pro hac vice* to be filed)
monica.hughes@bakerbotts.com
Jessica E. Underwood *(*admitted *pro hac vice*)
jessica.underwood@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Attorneys for Defendant
DR PEPPER/SEVEN UP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA BECERRA,<br><br>   Plaintiff,<br><br> v.<br><br>DR PEPPER/SEVEN UP, INC.,<br><br>   Defendant. | Case No. 17-cv-05921-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATES AND CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: October 16, 2017 |

| | |
|---|---|
| 1 | Plaintiff Shana Becerra ("Plaintiff") and Defendant Dr Pepper/Seven Up, Inc. |
| 2 | ("Defendant") (collectively, "the Parties") respectfully file this stipulation to continue the |
| 3 | hearings on Defendant's Motion to Transfer and Motion to Dismiss and the Parties' Case |
| 4 | Management Conference, and hereby agree as follows: |
| 5 | WHEREAS, Plaintiff filed this action on October 16, 2017; |
| 6 | WHEREAS, Defendant filed a Motion to Transfer (Doc. 30), which is currently |
| 7 | scheduled for hearing on February 7, 2018; |
| 8 | WHEREAS, Defendant filed a Motion to Dismiss the Second Amended Complaint |
| 9 | (Doc. 35), which is currently scheduled for hearing on February 21, 2018; |
| 10 | WHEREAS, the Parties have met and conferred and agree that the hearings should occur |
| 11 | on the same date; |
| 12 | WHEREAS, counsel for Defendant is not available on available hearing dates until |
| 13 | March 28, 2018; |
| 14 | WHEREAS, the Parties have met and conferred and agree to move the hearing on the |
| 15 | Motion to Transfer and Motion to Dismiss to March 28, 2018; |
| 16 | WHEREAS, the Case Management Conference is set for March 14, 2018; |
| 17 | WHEREAS, the parties have met and conferred and believe that there is good cause to |
| 18 | vacate the current date for the Case Management Conference, and to reschedule the Case |
| 19 | Management Conference on a date on or after the hearing on Defendant's Motions to Transfer |
| 20 | and Dismiss; |
| 21 | IT IS HEREBY STIPULATED that the date for the hearings on the Motion to Transfer |
| 22 | and the Motion to Dismiss be rescheduled to March 28, 2018, and the Case Management |
| 23 | Conference should be vacated and continued to a date on or later than the motion hearings. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

**IT IS SO STIPULATED AND AGREED.**

Dated: January 23, 2018

By: */s/ Stuart C. Plunkett*
BAKER BOTTS L.L.P.
Stuart C. Plunkett
stuart.plunkett@bakerbotts.com
Ariel D. House
ariel.house@bakerbotts.com
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Van H. Beckwith
van.beckwith@bakerbotts.com
Monica R. Hughes
monica.hughes@bakerbotts.com
Jessica E. Underwood
jessica.underwood@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendant*
*Dr Pepper/Seven Up, Inc.*

By: */s/ Jack Fitzgerald*
THE LAW OFFICE OF JACK
FITZGERALD, PC
Jack Fitzgerald
jack@jackfitzgeraldlaw.com
Trevor M. Flynn
trevor@jackfitzgeraldlaw.com
Melanie R. Persinger
melanie@jackfitzgeraldlaw.com
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 692-3840
Facsimile: (619) 362-9555

SACKS WESTON DIAMOND, LLC
Andrew B. Sacks
asacks@sackslaw.com
John K. Weston
jweston@sackslaw.com
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 764-3008

*Attorneys for Plaintiff Shana Becerra*
*and the Putative Class*

The Court HEREBY ORDERS as follows:

1.  The hearings on the Motions to Transfer and Dismiss shall be rescheduled to March 28, 2018;

2.  The Case Management Conference currently scheduled on March 14, 2018 shall be vacated; and be rescheduled for May 1, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 23, 2018

_____
Honorable William H. Orrick
United States District Judge

## ATTORNEY ATTESTATION

I, Stuart C. Plunkett, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett
Counsel for Defendant
Dr Pepper/Seven Up, Inc.

## CERTIFICATE OF SERVICE

I, Stuart C. Plunkett, hereby certify that the foregoing document shall be served on all parties in this matter via the Court's Case Management and Electronic Case Files System or by other means authorized by the Federal Rules of Civil Procedure, on January 23, 2018.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett
Counsel for Defendant
Dr Pepper/Seven Up, Inc.