| | |
|---|---|
| **THE LAW OFFICE OF JACK FITZGERALD, PC**<br>JACK FITZGERALD (SBN 257370)<br>*jack@jackfitzgeraldlaw.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@jackfitzgeraldlaw.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@jackfitzgeraldlaw.com*<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, California 92103<br>Phone: (619) 692-3840<br>Fax: (619) 362-9555<br><br>**SACKS WESTON DIAMOND, LLC**<br>ANDREW SACKS (*admitted pro hac vice*)<br>*asacks@sackslaw.com*<br>JOHN WESTON (*admitted pro hac vice*)<br>*jweston@sackslaw.com*<br>1845 Walnut Street, Suite 1600<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 764-3008<br><br>*Counsel for Plaintiff and the Proposed Class* | **BAKER BOTTS L.L.P.**<br>Stuart C. Plunkett (CA State Bar No. 187971)<br>stuart.plunkett@bakerbotts.com<br>Ariel D. House (CA State Bar No. 280477)<br>ariel.house@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>Van H. Beckwith (admitted *pro hac vice*)<br>van.beckwith@bakerbotts.com<br>Monica R. Hughes *(pro hac vice* to be filed)<br>monica.hughes@bakerbotts.com<br>Jessica E. Underwood *(*admitted *pro hac vice*)<br>jessica.underwood@bakerbotts.com<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br><br>*Attorneys for Defendant*<br>*DR PEPPER/SEVEN UP, INC.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA BECERRA, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>        v.<br><br>DR PEPPER/SEVEN UP, INC.,<br><br>    Defendant. | Case No.: 17-cv-5921-WHO<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DR PEPPER'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>[N.D. Cal. Civ. L.R. 6-1(b)]<br><br>Hon. William H. Orrick |

Plaintiff Shana Becerra ("Plaintiff") and Defendant Dr Pepper/Seven Up, Inc. ("Defendant") (collectively, "the Parties") respectfully file this stipulation to adjust the briefing schedule relating to Dr Pepper's motion to dismiss, and hereby agree as follows:

WHEREAS, on January 16, 2018, Dr Pepper filed a motion to dismiss plaintiff's Second Amended Complaint (Dkt. No. 35);

WHEREAS, plaintiff's counsel inadvertently calendared the motion as having been filed on January 17, 2018, and as a result, filed plaintiff's opposition two weeks later, on January 31, 2018, which was one day after it was due (Fitzgerald Decl. ¶ 2);

WHEREAS, Dr Pepper requested, and plaintiff agreed, that in light of the inadvertent error, the briefing schedule should be adjusted so as to provide Dr Pepper the full seven (7) days permitted under the Local Rules to brief a Reply;

WHEREAS, a hearing on Dr Pepper's motion is set for March 28, 2018; and

WHEREAS, the parties' requested continuance will not affect the date of the hearing.

IT IS HEREBY STIPULATED that, upon the Court's approval, Dr Pepper's deadline to file a Reply in support of its Motion to Dismiss the Second Amended Complaint shall be continued from February 6, to February 7, 2018.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 1, 2018

| | |
|---|---|
| By: */s/ Ariel D. House* <br> BAKER BOTTS L.L.P. <br> Stuart C. Plunkett <br> stuart.plunkett@bakerbotts.com <br> Ariel D. House <br> ariel.house@bakerbotts.com <br> 101 California Street, Suite 3600 <br> San Francisco, California 94111 <br> Telephone: (415) 291-6200 <br> Facsimile: (415) 291-6300 <br><br> Van H. Beckwith <br> van.beckwith@bakerbotts.com <br> Monica R. Hughes | By: */s/ Jack Fitzgerald*[1] <br> THE LAW OFFICE OF JACK FITZGERALD, PC <br> Jack Fitzgerald <br> jack@jackfitzgeraldlaw.com <br> Trevor M. Flynn <br> trevor@jackfitzgeraldlaw.com <br> Melanie R. Persinger <br> melanie@jackfitzgeraldlaw.com <br> Hillcrest Professional Building <br> 3636 Fourth Avenue, Suite 202 <br> San Diego, CA 92103 <br> Telephone: (619) 692-3840 <br> Facsimile: (619) 362-9555 |

---

[1] I, Jack Fitzgerald, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| monica.hughes@bakerbotts.com | SACKS WESTON DIAMOND, LLC |
| Jessica E. Underwood | Andrew B. Sacks |
| jessica.underwood@bakerbotts.com | asacks@sackslaw.com |
| 2001 Ross Avenue | John K. Weston |
| Dallas, Texas 75201 | jweston@sackslaw.com |
| Telephone: (214) 953-6500 | 1845 Walnut Street, Suite 1600 |
| Facsimile: (214) 953-6503 | Philadelphia, PA 19103 |
| | Telephone: (215) 764-3008 |

*Attorneys for Defendant*
*Dr Pepper/Seven Up, Inc.*

*Attorneys for Plaintiff Shana Becerra*
*and the Putative Class*

The Court HEREBY ORDERS as follows:

1. The deadline for Defendant to file a Reply in support of its Motion to Dismiss the Second Amended Complaint is continued to February 7, 2018.

**IT IS SO ORDERED.**

February 2, 2018

_____
Honorable William H. Orrick
United States District Judge