# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA BECERRA,<br><br>        Plaintiff,<br><br>   v.<br><br>DR PEPPER/SEVEN UP, INC.,<br><br>        Defendant. | Case No. 17-cv-05921-WHO<br><br>**JUDGMENT** |

On August 21, 2018, the Court granted defendant's motion to dismiss without leave to amend. Pursuant to the Order Granting Motion to Dismiss, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 21, 2018



WILLIAM H. ORRICK
United States District Judge